AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RICARDO ORTIZ-VILLASENOR

**WAIVER OF INDICTMENT**

08CR671-BTM

CASE NUMBER: 08 MJ 0534

I, RICARDO ORTIZ-VILLASENOR, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on MARCH 6, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAR - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER